IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BOARDRIDERS IP HOLDINGS, LLC,** *Plaintiff,* v. **ABOUTHOUSE, et al.,** *Defendants.* | **SEALED** Case No.: 1:25-cv-6374-SEG |

## AFFIDAVIT OF SERVICE

True and correct copies of the Complaint (D.I. 1), Summonses (D.I. 11), and Temporary Restraining Order (D.I. 9), as well as notice that the Court scheduled a hearing on Plaintiff's Motion for Preliminary Injunction for Wednesday, December 10, 2025, at 9:00 AM ET via Zoom and in-person, were served on all Defendants on November 25, 2025. As authorized by this Court, the Defendants were served by electronic means by sending the documents by electronic mail with delivery confirmation to the email addresses provided by the Marketplaces, Financial Institutions, or the Defendants themselves, as set forth on the attached Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2025.

        Respectfully submitted,
        THE SLADKUS LAW GROUP

        *s/ Carrie A. Hanlon*
        Carrie A. Hanlon
        Ga. Bar No. 289725
        E-mail: carrie@sladlaw.com
        Jason H. Cooper
        Ga. Bar No. 778884
        E-mail: jason@sladlaw.com

        1397 Carroll Drive
        Atlanta, Georgia 30318
        Telephone: (404) 252-0900
        Facsimile: (404) 252-0970

        ***Attorneys for Plaintiff***

## Exhibit A – List of Defendants Served

| | |
|---|---|
| ABOUTHOUSE | h18720250819@163.com |
| AGD SHOP | 13850222164@139.com |
| Annuo Clothing | jot19891210@163.com |
| Artistic Threadworks | a7896321455@outlook.com |
| BA JIAO TING | xiaoxiaopang@999.email.cn |
| BASE LEVEL | 113611768@QQ.COM |
| Basic Cotton | h1918927205@163.com |
| BASICBOD | h18770227211@163.com |
| Biggmans | gdyawan@163.com |
| BRITTANY NICOLE AA | yiziyi1995g@ectzs.xyz |
| CAINIU SHOP | 19806496674@139.com |
| Car Potty Pops | KHHuahui@outlook.com |
| CGCFashion | 15989156849@163.com |
| Chanqige | 18928341175@163.com |
| Charm Wen | 36747557@qq.com |
| Choose the right things X | 13665931803@163.com |
| coolman RQ | 774982552@qq.com |
| CoreCollar | 13004806541@163.com |
| CrossVerse X | al15860337059@163.com |
| CSSZY | 19064167892@163.com |
| Ddd Ecommerce trade | 15377975258@163.com |
| DEER RUN SHOP | Oz4ziToeji@hotmail.com |
| Delulu Trend | 18950782070@163.com |
| Design vvn | temuvip006@163.com |
| Dorosshy | 3947372903@qq.com |
| Enjoy Happys | longzeo1546@163.com |
| EssentialGOOD | 18322837702@163.com |
| Fiasyueg | bqwgza@163.com |
| FOEFEEVER | h19189278006@163.com |
| Forest Art Wear | 837615503@qq.com |
| From Anahata Shop | 759703461@qq.com |
| From E | yangzui58@gmail.com |
| GBAYHER | gdyawan@163.com |
| GlobeMart A | aq13665931803@163.com |
| GNHOW | a18863926356@163.com |
| Green Plants T | Lveluckin@163.com |

| | |
|---|---|
| h fu A | 270682484@QQ.COM |
| HappyBlanket Home | 13850329583@163.com |
| Harbor Threads | ct49@qq.com |
| hwyaaaaa | 3895906362@qq.com |
| HZCL Special | 19859359020@163.com |
| Imagine VII | 1163035460@qq.com |
| Inedited | gdyawan@163.com |
| Jiehui Ecommerce Trading Co Ltd | 18859576730@163.com |
| King Cattle | gdyawan@163.com |
| KING MAN Clothing | 3970473158@qq.com |
| Liguiyingdianpu | 15779968517@163.com |
| LJX Fashion | 15989156849@163.com |
| LOUTIZB | 1728931797@qq.com |
| LuckydayGOOD | xvcodg@163.com |
| Maneline X | 18970230733@163.com |
| MIDUODUOS | 273123352@qq.com |
| Moda TShirt Maschile | wuximijue@outlook.com |
| ModaManiao | k19962110698@163.com |
| ObsidianCloset | 19207553313@163.com |
| One iced American Shop | 759703461@qq.com |
| ONEEEEASDF | victoriafang1213@gmail.com |
| OPENFASHION | 113611768@QQ.COM |
| Openstadiiumshop | roiisuk8382@hotmail.com |
| OzhMen | 2219283378@qq.com |
| Pai Pai Di | xiaoyangya615@qq.com |
| Printify X | 13159093557@163.com |
| Qianva Yanva | 15527742081@163.COM |
| QIfang Clothing | 405343674@qq.com |
| QYFClothing | 13724003806@163.com |
| Refined and elegant S | 15860337059@163.com |
| REINYANGSAMLLBEAM | 1136680098@qq.com |
| RmTxfushi | wanzhi77158@163.com |
| Roamix A | 3992208646@qq.com |
| RONRONG | 421060666@qq.com |
| Shopkeeper Sen Yi | 1104537002@qq.com |
| SHUIJIAOY | laixuebiao@163.email.cn |
| shumaotong | 13100676065@163.com |
| SIERRA ELISA BUNDY | yuedian20055mlu@ectzs.xyz |
| Sleek Menswear | 1670010086@qq.com |

| Song Zi Happy Case | vfyhjf@163.com |
| --- | --- |
| stt Mens Clothing | 1069737597@qq.com |
| taonenb | 3908567243@qq.com |
| TeeMorrow | 18098913081@163.com |
| TeeTrendMaker | bbbbbshanjkgdh@163.com |
| TGSDRHYG | ying197136@ectzs.xyz |
| THE USUAL | 113611768@QQ.COM |
| ThreadMason S | 13159039120@163.com |
| Treasures t shirt | wuhanyijie2024@163.com |
| TYSUA | emma_wang_2024@outlook.com |
| Unique Blankets | FrancisClayqyo@outlook.com |
| UrbanCanvas S | 1132203832@qq.com |
| UrbanThread Co | heiqun48@gmail.com |
| Urich Homme | manbuyouyunjohn@163.com |
| Value Threads | 313597108@qq.com |
| Wanhe Fashion | 18680140801@163.com |
| We Are Not Ordinary | whjhyi620@outlook.com |
| WHYNOTT | HillOmar2036@outlook.com |
| Xin Word | tjx13599850268@163.com |
| XZZZHEN | 1025775358@qq.com |
| Yisen Clothing Company | fzj18757693229@qq.com |
| ZHGB TREND | 15989156849@163.com |