IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BOARDRIDERS IP HOLDINGS, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ABOUTHOUSE, et al.,**<br><br>*Defendants*. | Case No.: 1:25-cv-6374-SEG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jagex Limited, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Car Potty Pops;
2. Chanqige;
3. Imagine VII;
4. TYSUA;
5. We Are Not Ordinary; and
6. WHYNOTT.

1

Dated: January 9, 2026.

          Respectfully submitted,
          THE SLADKUS LAW GROUP

          *s/ Carrie A. Hanlon*
          Carrie A. Hanlon
          Ga. Bar No. 289725
          E-mail: carrie@sladlaw.com
          Jason H. Cooper
          Ga. Bar No. 778884
          E-mail: jason@sladlaw.com

          1397 Carroll Drive
          Atlanta, Georgia 30318
          Telephone: (404) 252-0900
          Facsimile: (404) 252-0970

          ***Attorneys for Plaintiff***